UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN BRAGG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | 2:19-CV-10436-TGB<br><br>ORDER FOR<br>SUPPLEMENTAL BRIEFING |

Before the Court is Defendant's Motion for Judgment on the Pleadings (ECF No. 11). Parties are directed to submit supplemental briefing in light of the Sixth Circuit's recent holding in *Logan v. MGM Grand Detroit Casino*, No. 18-1381, --- F.3d --- (6th Cir. 2019), 2019 WL 4668055. Briefs will consist of no more than five (5) pages from each party and are due by Friday, October 18.

The status conference previously set for October 16, 2019 is reset to October 28, 2019 at 11:30 a.m. Counsel for Plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234-2640.

DATED this 9th day of October, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 9, 2019, by electronic and/or ordinary mail.

S/A. Chubb
Case Manager and Deputy Clerk